IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MAMIE FULLARD MOODY,<br><br>        Plaintiff,<br><br>v.<br><br>BENNY DeLOACH, Sheriff; JAMES<br>MAURICE WRIGHT, Deputy Sheriff;<br>JOHN DOES and JANE DOES, Deputy<br>Sheriffs and Corrections Officers, and<br>APPLING COUNTY, GEORGIA,<br><br>        Defendants. | CIVIL ACTION NO.: CV206-188 |

## ORDER

Plaintiff filed the captioned action on May 25, 2006. Neither James Maurice Wright, Deputy John Doe, nor Deputy Jane Doe has been served with the summons or complaint as required by Federal Rule of Civil Procedure.

Plaintiff is hereby allowed a period of fifteen (15) days from the date of this Order to show good cause why service was not made upon these defendants within 120 days of the filing of the complaint as required by Federal Rule of Civil Procedure 4(m). Plaintiff's failure to establish such good cause will result in the dismissal of Plaintiff's claims against Defendants Wright, John Doe and Jane Doe, without prejudice.

SO ORDERED, this 15th day of December, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)