IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MAMIE FULLARD MOODY,           )
                               )
        Plaintiff,             )
                               )
v.                             )    CIVIL ACTION NO.: CV206-188
                               )
BENNY DeLOACH, Sheriff; JAMES  )
MAURICE WRIGHT, Deputy Sheriff;)
JOHN DOES and JANE DOES, Deputy)
Sheriffs and Corrections Officers, and )
APPLING COUNTY, GEORGIA,       )
                               )
        Defendants.             )

## ORDER

Plaintiff filed the captioned action on May 25, 2006. Neither James Maurice Wright, Deputy John Doe, nor Deputy Jane Doe has been served with the summons or complaint. By Order dated December 15, 2006, Plaintiff was allowed a period of fifteen (15) days to show cause why service had not been made upon Defendants Wright, John Doe and Jane Doe within 120 days after the filing of the complaint. Plaintiff was advised that her failure to establish good cause would result in the dismissal of Plaintiff's claims against these Defendants. Plaintiff has failed to respond to the December 15, 2006 Order.

Accordingly, Plaintiff's claims against James Maurice Wright, Deputy John Doe, and Deputy Jane Doe are **DISMISSED** without prejudice, pursuant to Federal Rule of Civil Procedure 4(m).

SO ORDERED, this 25 day of January, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)