AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT

2007 MAY 16 A 10 38

MAMIE FULLARD MOODY, )
)
  Plaintiff, )
)
v. )  CIVIL ACTION NO.: CV206-188
)
BENNY DeLOACH, Sheriff, and )
APPLING COUNTY, GEORGIA, )
)
  Defendants. )

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' unopposed Motion for Summary Judgment is **GRANTED.** The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment of Dismissal.

**SO ORDERED**, this _16_ day of _May_, 2007.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA